IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CEDRIC SCOTT<br># 236991, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 14-0308-CG-M |
| ROBERT GOLDEN, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Defendants Jonathan Rabeau and Robert Golden's Motion to Dismiss for failure to state a claim upon which relief can be granted is **GRANTED**, and Plaintiff's Complaint is **DISMISSED** with prejudice.

**DONE and ORDERED** this 26th day of February, 2016.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE