IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CEDRIC SCOTT<br># 236991,<br><br>　　Plaintiff,<br><br>vs.<br><br>ROBERT GOLDEN, et al.,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION NO. 14-0308-CG-M<br>)<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** on all claims be entered in favor of Defendants Jonathan Rabeau and Robert Golden and against Plaintiff Cedric Scott.

**DONE and ORDERED** this 26th day of February, 2016.

　　　　　　　　　　　　　　　　　　/s/  Callie V. S. Granade
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE